THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
NANCY M. LISEWSKI
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone:  (415) 977-8943
Facsimile:  (415) 744-0134
E-Mail: nancy.lisewski@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE PETERSON,<br><br>        Plaintiff,<br><br>                v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>        Defendant.<br>_____ | Case No.: CV 08-2527 FFM<br><br>JUDGMENT OF REMAND |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant

to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand")

lodged concurrent with the lodging of the within Judgment of Remand.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-

captioned action is remanded to the Commissioner of Social Security for further

proceedings consistent with the Stipulation of Remand.


Dated:    September 10, 2008          ___/ s /___FREDERICK F. MUMM___
                                       FREDERICK F. MUMM
                                  UNITED STATES MAGISTRATE JUDGE